**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | CIVIL ACTION NO. 6:12-cv-806 (Consolidated Lead Case) |
| Plaintiffs, | § § | CONSOLIDATED WITH |
| v. | § § | 6:12CV817 |
| ALTAIR ENGINEERING, INC., | § § | |
| Defendant. | § | |

## <u>ORDER</u>

In consideration of Plaintiffs' Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment has been filed by Defendant Waterloo Maple Inc., the Court hereby dismisses all claims against Defendant Waterloo Maple Inc. with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

**So ORDERED and SIGNED this 25th day of March, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**